**Brian P. Berson, Esq.**
California State Bar No. 130249
Law Offices of Brian P. Berson
235 Montgomery St., Suite 625
San Francisco, CA 94104
brian@bersonlaw.net
Telephone: (415) 788-2707
Facsimile: (415) 392-5275

Counsel for Defendant **RICARDO LOPEZ MONTES JR.**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 10-179-WHA |
| | ) |
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER TO MODIFY BRIEFING** |
| vs. | ) **SCHEDULE** |
| | ) |
| RICARDO LOPEZ MONTES JR., et al | ) |
| | ) |
| Defendants. | ) |

Defendant Ricardo Lopez Montes Jr. and the government, through their respective undersigned counsel, hereby stipulate to a proposed order modifying the briefing schedule for pretrial motions in this case, based on the following:

1. Mr. Lopez' below counsel months ago applied for the assistance of assistant counsel for the express purpose of preparing the pretrial motions due today. After not having been able to reach assistant counsel since early last week, Mr. Lopez' counsel was notified this morning that the assistant has been sick and bedridden and requested a continuance.

1

2. Undersigned counsel has been able to prepare most of one of the contemplated pretrial motions but cannot even with counsel's assistance, prepare his contemplated wiretap necessity pleading (which, in defense counsel's opinion, is necessary to an effective defense should this case not result in a negotiated disposition) absent the requested continuance.

Based on the foregoing, Mr. Lopez' counsel requests (and AUSA Silano has agreed to) extend the deadline for opening briefs (pending approval by the Court) to November 19, 2010. The government oppositions should likewise be extended to December 9, 2010 and the defense replies, if any, due on December 13, 2010.

So stipulated:

Date: November 16, 2010          _____//s//_____
                                 BRIAN P. BERSON
                                 Attorney for Ricardo Lopez Montes Jr.

Date: November 16, 2010          _____//s//_____
                                 BARBARA B. SILANO
                                 Assistant U.S. Attorney

[Proposed] ORDER:

Good cause appearing,

IT IS HEREBY ORDERED that the briefing schedule for pretrial motions are modified as noted above.

SO ORDERED.

DATED: November 17, 2010.        _____
                                 WILLIAM H. ALSUP
                                 UNITED STATES DISTRICT JUDGE

2