IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RICARDO LOPEZ-MONTES,<br><br>    Defendant.<br>                                         / | No. C 10-00179 WHA<br><br>**ORDER REGARDING DEFENDANT'S MOTION TO SUPPRESS AND THE GOVERNMENT'S MOTION FOR FINDING REGARDING ACCURACY AND RELIABILITY OF TRANSLATIONS** |

      In connection with defendant's motion to suppress evidence obtained pursuant to the wiretap order issued on December 6, 2007, due to improper sealing, the government shall provide by **FRIDAY, DECEMBER 17, 2010, AT NOON**, a declaration explaining whether or not the investigation — as defined by the terms of the duration clause in the wiretap order — in fact continued past the arrest of Mr. Godinez-Perez on December 10, 2007, by someone with personal knowledge, and if not why it took until December 19, 2007, to obtain a sealing order.

      In connection with the government's motion for a finding regarding the accuracy and reliability of certain translations, defense counsel shall show cause at the hearing on Monday why he should not be ordered to produce by January 6, 2011, at noon, a list of any objections he has to the translations, along with any counter-translations.

      **IT IS SO ORDERED.**

Dated: December 14, 2010.

                                                            WILLIAM ALSUP<br>
                                                            UNITED STATES DISTRICT JUDGE