AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ricardo Lopez-Montes Jr., AKA Junior | ) | Case No:  CR-10-00179-004 WHA |
| | ) | USM No:  14566-111 |
| Date of Original Judgment:  03/18/2011 | ) | |
| Date of Previous Amended Judgment: | ) | Brian Berson (Appointed) |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  115  months **is reduced to**  93 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  03/18/2011  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  06/04/2015

*Judge's signature*

Effective Date:  11/01/2015       Honorable William Alsup, U.S. District Judge
*(if different from order date)*       *Printed name and title*